UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00365-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OMAR ZAMORA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is **SET** for **Wednesday, May 30, 2012, at 10:00 a.m.**

    Dated: March 9, 2012