IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Wiley Y. Daniel

Criminal Action No. 09-cr-00365-WYD-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

OMAR ZAMORA,

      Defendant.

---

**ORDER TO DISMISS PETITION FOR ISSUANCE OF WARRANT DUE TO VIOLATIONS OF SUPERVISED RELEASE, VACATE HEARING ON SUPERVISED RELEASE VIOLATIONS, AND EXONERATE BOND**

---

      THIS MATTER was before the Court for a supervised release violation hearing on May 30, 2012, upon report of the probation officer that the defendant violated the terms and conditions of his supervised release. The defendant admitted guilt to alleged violations 1 through 8.

      THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the probation officer, continued the hearing for September 7, 2012, and ordered the probation officer to submit a proposed order for dismissal of the petition should the defendant continue with positive progress with substance abuse and mental health treatment. The hearing was subsequently reset to September 27, 2012. The defendant has not further violated the terms and conditions of his supervised release, and he has continued to make positive progress in treatment. Therefore, it is

      ORDERED that the Petition for Issuance of Warrant Due to Violations of Supervised Release be dismissed, the supervised release violation hearing scheduled for September 27, 2012 be vacated, and the bond be exonerated.

      DATED this 29th day of August, 2012.

      BY THE COURT:

      s/ Wiley Y. Daniel
      WILEY Y. DANIEL
      Chief United States District Judge